IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATE RENTALS LLC d/b/a<br>CORPORATE RENTALS,<br>8840 Greenwood Place, Suite A<br>Savage, Maryland 20763<br><br>                Plaintiff,<br><br>     v.<br><br>LUXURBAN HOTELS, INC. f/k/a<br>CORPHOUSING GROUP INC. f/k/a<br>CORPHOUSING LLC,<br>2125 Biscayne Blvd., Suite 253<br>Miami, Florida 33137<br><br>                Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

Plaintiff, Corporate Rentals LLC d/b/a Corporate Rentals ("Corporate Rentals"), through its undersigned attorneys, brings this Complaint for damages and replevin against defendant, LuxUrban Hotels Inc. f/k/a CorpHousing Group Inc. f/k/a CorpHousing LLC ("Lux"). In support of its claims, Corporate Rentals alleges the following:

### NATURE OF THE ACTION

1. Corporate Rentals leases furniture and housewares to corporate housing companies, to insurance housing companies, residential housing, and to any other customers who require furniture rental services.

2. Lux engages in the short-term rental of furnished hotel and residential units to guests across the United States.

10967174.v1
#882662

3. Corporate Rentals supplied leased furniture (the "Furniture") to approximately 81 residential units owned and/or operated by Lux or its predecessor-in-interest, CorpHousing LLC.

4. Corporate Rentals leased the Furniture to Lux pursuant to rental contracts and/or invoices, as well as the parties' additional written and oral agreements (collectively, the "Agreement").

5. From August 11, 2022 to October 18, 2022, Corporate Rentals shipped Furniture to Lux for use at 81 separate residential units located in the District of Columbia (collectively, the "Units").

6. Lux, however, defaulted under the terms of the Agreement by failing to satisfy invoices issued by Corporate Rentals as and when due.

7. Through written and electronic communications, Lux admits that it is obligated to satisfy its payment obligations under the Agreement; admits that it is in default under the Agreement; and repeatedly promised to satisfy its payment obligations. Despite its promises, Lux has made no such payments.

8. Lux's defaults have resulted in substantial lost business and other harm for which Corporate Rentals is entitled to monetary and statutory relief.

9. Lux's defaults have damaged Corporate Rentals in the principal amount of $162,278.77, plus continually accruing late charges and interest.

10. In addition to monetary relief, Corporate Rentals also seeks the return of its Furniture by way of replevin.

**PARTIES**

11. Corporate Rentals is a Maryland limited liability company with its principal place of business located at 8840 Greenwood Place, Suite A, Savage, Maryland 20763.

12. Lux is a Delaware corporation with its principal place of business located at 2125 Biscayne Blvd., Suite 253, Miami, Florida 33137.

13. Lux's predecessor-in-interest is CorpHousing LLC, was a Delaware limited liability company whose sole member was CorpHousing Group Inc. In an S-1 Prospectus filed with the SEC on May 18, 2022, CorpHousing Group Inc. represented that CorpHousing LLC was converted into CorpHousing Inc. in or about January 2022.

14. CorpHousing Group Inc., in turn, was renamed "LuxUrban Hotels Inc.," the defendant herein, on November 1, 2022.

## JURISDICTION AND VENUE

15. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. This Court has personal jurisdiction over Lux because, among other reasons, Lux operates the Units, which are all located in the District of Columbia, and otherwise conducts business in the District of Columbia.

17. Venue is proper under 28 U.S.C. § 1391(b)(2) because Lux operates the Units, which are all located in the District of Columbia.

## FACTUAL BACKGROUND

**A.   Corporate Rentals and Lux Enter into the Agreement**

18. In or about April 2021, Corporate Rentals, as lessor, and Lux, as lessee, entered into an Agreement whereby Corporate Rentals would supply Furniture to be utilized at various Units owned and/or operated by Lux.

19. Under the Agreement, Lux agreed to rent the Furniture from Corporate Rentals in

exchange for monthly payments to be made by Lux.

20. Lux's monthly payment obligations under the Agreement included the following: (i) a base payment for each item of Leased Furniture supplied to and utilized by Lux; (ii) the District of Columbia sales tax, equal to 6% of the base payment; and (iii) interest and late charges, assessed at 5% on delinquent invoices (collectively, the "Payment Obligations").

21. The parties also agreed that the Agreement would be a "true lease," whereby Corporate Rentals retains full ownership of the Furniture.

22. An event of default would occur if, among other reasons, Lux failed to satisfy its invoices as and when due, *i.e.*, within 30 days.

**B.    Lux Defaults Under The Agreement**

23. Between April 16, 2021 and October 18, 2022, Corporate Rentals shipped Furniture to 81 Units operated by Lux — all of which are located in the District of Columbia.

24. In accordance with the Agreement, Corporate Rentals invoiced Lux for rental charges and the remaining Payment Obligations for each item of Furniture.

25. Lux caused events of default under the Agreement by failing to fulfill its Payment Obligations as and when due.

26. On April 11, 2024, Jimmie Chatmon, an officer of Lux, acknowledged that Lux was in default under the Agreement, and promised that Lux would satisfy all of its Payment Obligations on or before April 17, 2024.

27. Despite this admission and promise, no such payments were made.

28. On April 25, 2024, Corporate Rentals notified Lux that (i) Lux is in default under the Agreement for failing to satisfy its outstanding Payment Obligations — then in the amount of $136,230.70, and (ii) if Lux fails to cure its defaults on or before April 30, 2024, Corporate Rentals

10967174.v1
#882662

would file suit.

29. Lux has failed to satisfy the outstanding balance owed to Corporate Rentals and further refuses to return the Furniture to Corporate Rentals.

30. As of May 1, 2024, the outstanding balance owed to Corporate Rentals is $162,278.77, plus ongoing rental charges and related fees and costs that continue to accrue from and after May 2, 2024.

31. Corporate Rentals has fulfilled all conditions precedent to filing this action.

32. Lux has no legal right to continue to possess and utilize the Furniture and Corporate Rentals is entitled to the immediate possession of all Furniture provided to Lux under the Agreement.

## COUNT I
## BREACH OF CONTRACT

33. Corporate Rentals repeats and incorporates the preceding paragraphs as if fully set forth at length herein.

34. The Agreement constitutes a valid contract between Corporate Rentals and Lux, which is the successor-in-interest to CorpHousing LLC.

35. Lux is in default of its obligations to Corporate Rentals under the Agreement, specifically, Lux's obligations to satisfy its Payment Obligations as and when due, and Lux's obligation to return the Furniture to Corporate Rentals as demanded.

36. Despite Corporate Rental's due demand, Lux has failed and refused to satisfy its Payment Obligations due and owing under the Agreement.

37. As of May 1, 2024, Lux owes Corporate Rentals $162,278.77, plus ongoing rental charges and related fees and costs that continue to accrue from and after May 2, 2024.

10967174.v1
#882662

## COUNT II
## ACCOUNT STATED

38. Corporate Rentals repeats and incorporates the preceding paragraphs as if fully set forth at length herein.

39. Corporate Rentals leased the Furniture to Lux, in exchange for which Lux agreed to pay for the Furniture in accordance with the terms of the Agreement and the invoices issued by Corporate Rentals.

40. Corporate Rentals periodically delivered invoices to Lux reflecting the then-outstanding balances due and owing.

41. Lux has never objected to the invoices, in whole or in part.

42. Despite demand, Lux has failed to pay Corporate Rentals the total amounts due and owing under the Agreement.

43. As of May 1, 2024, as a direct and proximate result of Lux's failures to make payments as invoiced, Corporate Rentals has been damaged in the amount of $162,278.77, plus ongoing rental charges and related fees and costs that continue to accrue from and after May 2, 2024.

## COUNT III
## UNJUST ENRICHMENT (*In The Alternative*)

44. Corporate Rentals repeats and incorporates the preceding paragraphs as if fully set forth at length herein, except for those paragraphs which explicitly affirm the existence of a contractual agreement.

45. Corporate Rentals provided Lux with the Furniture in reliance on, among other things, Lux's promise to pay all sums due and owing as set forth in the parties' Agreement.

46. Corporate Rentals reasonably relied on Lux's promise to pay all sums due and

owing to Corporate Rentals.

47. From and after April 16, 2021, Corporate Rentals provided Leased Furniture to Lux, at Lux's request.

48. Despite demand, unpaid invoices totaling $162,278.77 remain outstanding, plus ongoing rental charges and related fees and costs that continue to accrue from and after May 2, 2024.

49. It would be unjust for Lux to continue to possess and use the Furniture without paying the charges that have accrued under the Agreement.

50. By reason of the foregoing, Lux has been unjustly enriched at the expense of Corporate Rentals.

51. As of May 1, 2024, Lux has been unjustly enriched in the amount of $162,278.77, and Lux continues to be unjustly enriched while the Furniture remains in its Units.

## COUNT IV
## REPLEVIN

52. Corporate Rentals repeats and incorporates the preceding paragraphs as if fully set forth at length herein.

53. Corporate Rentals sues the defendant for unjustly detaining Corporate Rentals' goods and chattels, to wit: living room, dining room, and bedroom furniture and housewares, including beds, desks, dressers, lamps, tables, chairs, linens, and electronics of the approximated value of $225,000. Corporate Rentals claims that the same be taken from the defendant and delivered to it; or, if they are eloigned, that it may have judgment of their value and all mesne profits and damages, which it estimates at $225,000, besides costs.

54. Corporate Rentals owns all ownership rights in the Furniture.

10967174.v1
#882662

55. Upon Lux's Defaults, Corporate Rentals was and remains entitled to repossess the Furniture.

56. Corporate Rentals is entitled to immediate possession of the Furniture.

57. The Leased Furniture is personal property that has significant value to Corporate Rentals. As of May 1, 2024, Furniture with a value of approximately $225,000 is being utilized by Lux and/or others in the Units, and Lux presumably profits from their use but has not satisfied its obligations to Corporate Rentals.

58. Upon information and belief, the Furniture presently is located in approximately eighty-one Units in the District of Colombia.

59. The Furniture consists of, among other things, living room, dining room, and bedroom furniture and housewares, including beds, desks, dressers, lamps, tables, chairs, linens, and electronics, and is valued at approximately $225,000.

60. Corporate Rentals is willing and able to post a bond in the face amount of the furniture and/or any additional security to be required by the Court.

61. Federal Rule of Civil Procedure 64(a) states that an action for replevin is available "under the law of the state where the court is located." D.C. Code Section 16-3701 *et seq.*, in turn, provides that an action for replevin may be brought for any wrongfully withheld possession or chattels in the District of Columbia.

62. Corporate Rentals is entitled to an order for possession or seizure of the Furniture.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Corporate Rentals LLC respectfully requests judgment in its favor and against defendant LuxUrban Hotels Inc. f/k/a CorpHousing Group Inc. f/k/a CorpHousing LLC as follows:

  A. An award of compensatory damages in the amount of $162,278.77, plus ongoing rental charges, late fees, and costs that continue to accrue from and after May 2, 2024;

  B. An order granting a Writ of Replevin and/or, after a separate motion and a hearing, an Order of Seizure in Corporate Rentals' favor and against LuxUrban Hotels Inc. and other persons to be named, including a provision authorizing a United States Marshall or Sheriff of any jurisdiction within the United States in which the Furniture is located, for all Furniture that Corporate Rentals shipped at Lux's direction pursuant to the Agreement; and

  C. Such further relief in Corporate Rental's favor as the Court deems equitable and just.

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

  /s/ *James D. Bragdon*
James D. Bragdon (Bar No. 1017743)
Christina F. Araviakis (Bar No. MD0203)
218 North Charles St., Suite 400
Baltimore, MD  21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
jbragdon@gejlaw.com
caraviakis@gejlaw.com

*Attorneys for Plaintiff*

10967174.v1
#882662